SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH, (CABN 163973)
Chief, Criminal Division

STEPHEN G. CORRIGAN (MASBN 100560)
Assistant United States Attorneys

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3691
    Facsimile (510) 637-3724
    Stephen.Corrigan@usdoj.gov

Attorneys for Plaintiff

FILED
2007 OCT 25 PM 4: 11

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR07-0683 DLJ |
| Plaintiff, | SEALING APPLICATION AND SEALING ORDER |
| vs. | |
| WINSLOW NORTON and ABRAHAM NORTON, | |
| Defendant. | |

    The United States requests that the Indictment, Penalty Sheet and Arrest Warrant (except that the Clerk's office may provide a copy of the Arrest Warrant to the U.S. Attorney's Office) in the above-captioned case filed with the Court on October 25, 2007, be filed under seal until further order of the Court. The reason for this request is to facilitate the arrest of the defendant. Revealing the Indictment may compromise the arrest of the defendants.

////

////

////

SEALING APPLICATION AND ORDER

WHEREFORE, I respectfully request that the Court issue an Order granting this Application.

DATED: October 25, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

STEPHEN G. CORRIGAN
Assistant United States Attorney

## ORDER

On the government's application, the Indictment, Penalty Sheets, and Arrest Warrants filed with the Court on October 25, 2007, shall be filed under seal until further order of the court (except that the Clerk's office may provide a copy of the Arrest Warrants to the U.S. Attorney's Office).

IT IS SO ORDERED.

DATED: 10/25/07

WAYNE D. BRAZIL
UNITED STATES MAGISTRATE JUDGE