DOCUMENTS UNDER SEAL ☐    TOTAL TIME (mins): 11

| **MAGISTRATE JUDGE MINUTE ORDER** | **DEPUTY CLERK** Betty Fong | **REPORTER/FTR** 10:03-10:14a (EMC) | |
|---|---|---|---|
| **MAGISTRATE JUDGE** EDWARD M. CHEN | **DATE** October 30, 2007 | **NEW CASE** ☐ | **CASE NUMBER** CR07-0683 DLJ (Oak) |

### APPEARANCES

| DEFENDANT Winslow Norton | AGE 26 | CUST Y | P/NP P | ATTORNEY FOR DEFENDANT Barry Portman, spec. app. | PD. ☐  RET. ☐  APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY George Bevan, Jr. | INTERPRETER | | | ☐ FIN. AFFT SUBMITTED | ☐ COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER Brad Wilson | | | ☐ DEF ELIGIBLE FOR APPT'D COUNSEL | ☐ PARTIAL PAYMENT OF CJA FEES |

### PROCEEDINGS SCHEDULED TO OCCUR

☒ INITIAL APPEAR   ☐ PRELIM HRG   ☐ MOTION   ☐ JUGM'T & SENTG   ☐ STATUS
☐ I.D. COUNSEL   ☒ ARRAIGNMENT   ☐ BOND HEARING   ☐ INITIAL APPEAR REV PROB OR S/R   ☐ OTHER
☐ DETENTION HRG   ☐ ID / REMOV HRG   ☐ CHANGE PLEA   ☐ PROB. REVOC.   ☐ ATTY APPT HEARING

*ORIGINAL FILED OCT 30 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

### INITIAL APPEARANCE

☒ ADVISED OF RIGHTS   ☒ ADVISED OF CHARGES   ☒ NAME AS CHARGED IS TRUE NAME   ☐ TRUE NAME:

### ARRAIGNMENT

☐ ARRAIGNED ON INFORMATION   ☒ ARRAIGNED ON INDICTMENT   ☒ READING WAIVED SUBSTANCE   ☐ WAIVER OF INDICTMENT FILED

### RELEASE

☐ RELEASED ON O/R   ☐ ISSUED APPEARANCE BOND   AMT OF SECURITY $   SPECIAL NOTES   ☐ PASSPORT SURRENDERED DATE:

PROPERTY TO BE POSTED   ☐ CASH  $   CORPORATE SECURITY ☐   REAL PROPERTY: ☐

☒ MOTION FOR DETENTION   ☐ PRETRIAL SERVICES REPORT   ☐ DETAINED   ☐ RELEASED   ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED   ☒ REMANDED TO CUSTODY

ORDER REMOVED TO THE DISTRICT OF

### PLEA

☐ CONSENT ENTERED   ☐ NOT GUILTY   ☐ GUILTY   GUILTY TO COUNTS: ☐
☐ PRESENTENCE REPORT ORDERED   ☐ CHANGE OF PLEA   ☐ PLEA AGREEMENT FILED   OTHER:

### CONTINUANCE

| TO: 10/31/07 | ☒ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS / TRIAL SET |
|---|---|---|---|---|
| AT: 10:00 a.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGNMENT | ☐ CHANGE OF PLEA | ☒ OTHER Entry of plea |
| BEFORE HON. WDB | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

Government's motion to unseal this case is granted. Defendant has private counsel and is ordered to appear before WDB on 10/31/07 at 10:00 a.m. for ID Counsel / Entry of Plea / Set Detention Hearing Date / Set date before DLJ. Defendant is remanded to the custody of the U.S. Marshal.                                                            cc: Ivy

DOCUMENT NUMBER: