HAROLD ROSENTHAL, SBN 68380
Attorney at Law
803 Hearst Avenue
Berkeley, CA  94710
Telephone: (510) 981-1800
Fax: (510) 981-1821

Attorney for Defendants
WINSLOW NORTON AND ABRAHAM NORTON

# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | No. CR-07-0683 DLJ |
| Plaintiff, | STIPULATION REGARDING POSTING OF SECURITY TO SECURE DEFENDANTS' FUTURE COURT APPEARANCES |
| vs. | |
| WINSLOW NORTON AND ABRAHAM NORTON, | |
| Defendants. | |

TO: THE HONORABLE WAYNE BRAZIL; THE CLERK OF THE ABOVE-ENTITLED COURT, AND HIS DEPUTIES, IN PARTICULAR, THOSE IN THE FINANCE DEPARTMENT OF THE OAKLAND BRANCH OF THIS COURT:

   Defense counsel Harold Rosenthal has represented to the attorneys for the government that the property at 925 Grizzly Peak Boulevard, Berkeley, California, is worth approximately $1.5 million, and that their note on the property is for approximately $400,000.  Based upon these representations, the government and the defendants stipulate that it is not necessary to obtain a preliminary title report or an

1

appraisal, as would otherwise be required.

It is so stipulated.

Dated:

_____/S/_____

STEPHEN CORRIGAN

Assistant United States Attorney

It is so stipulated.

Dated:

_____/S/_____

HAROLD ROSENTHAL

Attorney for Defendants.

For good cause shown the Court will excuse defendants from the usual obligation of a pretrial detainee seeking release, that is, providing an appraisal and a preliminary title report.. It is so ORDERED>

Dated:                                                    ------------------------------------------------------

THE HONORABLE WAYNE D. BRAZIL

Magistrate Judge, U.S. District Court