1  HAROLD ROSENTHAL, SBN 68380

2  Attorney at Law
   803 Hearst Avenue
3  Berkeley, CA  94710

4  Telephone: (510) 981-1800
   Fax: (510) 981-1821

5

6  Attorney for Defendants
   WINSLOW NORTON AND ABRAHAM NORTON

7

8

9

**FILED**

**NOV 1 3 2007**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## IN THE UNITED STATES DISTRICT COURT FOR

## THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | No. CR-07-0683 DLJ |
| Plaintiff, | STIPULATION REGARDING POSTING OF SECURITY TO SECURE DEFENDANTS' FUTURE COURT APPEARANCES |
| vs. | |
| WINSLOW NORTON AND ABRAHAM NORTON, | |
| Defendants. | |

TO: THE HONORABLE WAYNE BRAZIL; THE CLERK OF THE ABOVE-ENTITLED COURT, AND HIS DEPUTIES, IN PARTICULAR, THOSE IN THE FINANCE DEPARTMENT OF THE OAKLAND BRANCH OF THIS COURT:

Defense counsel Harold Rosenthal has represented to the attorneys for the government that the property at 925 Grizzly Peak Boulevard, Berkeley, California, is worth approximately $1.5 million, and that their note on the property is for approximately $400,000. Based upon these representations, the government and the defendants stipulate that it is not necessary to obtain a preliminary title report or an

cc: Copies to parties via ECF, Financial
Pretrial, Frances+

1  appraisal, as would otherwise be required.

2       It is so stipulated.

3

4  Dated:

5

6                                    _____/S/_____

7                                    STEPHEN CORRIGAN

8

9                                    Assistant United States Attorney

11

11       It is so stipulated.

12

13  Dated:

14

15                                    _____/S/_____

16                                    HAROLD ROSENTHAL

17                                    Attorney for Defendants.

18

19       For good cause shown the Court will excuse defendants from the usual obligation

20  of a pretrial detainee seeking release, that is, providing an appraisal and a preliminary

21  title report.. It is so ORDERED>

22  Dated: 11/13/07

23                                    THE HONORABLE WAYNE D. BRAZIL

24

25                                    Magistrate Judge, U.S. District Court

26

27

28

2