**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
<u>Criminal Pretrial Minute Order</u>
**JUDGE D. LOWELL JENSEN**
**Date:  11/16/07**

**Clerk: Frances Stone**
**Court Reporter: STARR WILSON**

**Plaintiff:**  United States

**v.**                                                                      **No.**  CR-07-00683-DLJ

**Defendant:**  Winslow Norton [present; out of custody]
                     Abraham Norton [present; out of custody]

**Appearances for AUSA:** George Bevan (for Steve Corrigan)

**Appearances for Defendant:** Def Winslow Norton:  Harold Rosenthal

                                    Def Abraham Norton:  Michael Moore
                                                                  Ted Cassman (special appearance)
                                                                  Raphael Goldman (special appearance)

**Interpreter:**
**Probation Officer:**

**Reason for Hearing:**                    **Ruling:**
**SETTING/STAT**              -           **HELD**

**Notes:**  Michael Moore relieved as counsel for Def Abraham Norton per hearing before Mag. Judge Brazil. Moore will make  appearances until retained counsel for defendant is obtained by defendant.

**Case Continued to:  12/14/07 at 9:00AM          for    Setting/Stat**

**Case Continued to:**            **for**

**Case Continued to:**            **for**
**Motions to be filed by:       Opposition Due:**
**Case Continued to                          for Pretrial Conference**
**Case Continued to            for              Trial**

**Excludable Delay: Category: Begins:  11/16/07      Ends:**  12/14/07