UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Criminal Pretrial Minute Order
JUDGE D. LOWELL JENSEN
Date:  12/14/07

**Clerk:** Frances Stone
**Court Reporter:** DIANE SKILLMAN

**Plaintiff:**  United States

v.                                                            **No.** CR-07-00683-DLJ

**Defendant:** Winslow Norton [present; out of custody]
             Abraham Norton [present; out of custody]

**Appearances for AUSA:** Steve Corrigan

**Appearances for Defendant:**  Def Winslow Norton:  Harold Rosenthal

                                Def Abraham Norton: Special Appearance by Harold Rosenthal

**Interpreter:**
**Probation Officer:**

**Reason for Hearing:**            **Ruling:**

Setting/Stat                       -HELD

**Notes:**  Def Abraham Norton in process of obtaining new retained counsel and said by next court appearance he will have retained counsel.

**Case Continued to  1/4/08 AT 9:00AM    for  STAT/SETTING**

**Case Continued to:**         for
**Case Continued to:**         for
**Motions to be filed by:**    Opposition Due:
**Case Continued to**                    for Pretrial Conference

**Case Continued to**       for          Trial

**Excludable Delay: Category: Begins:  12/4/07       Ends:** 1/4/08

Case 4:07-cr-00683-DLJ     Document 14     Filed 12/14/2007     Page 2 of 2