UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Criminal Pretrial Minute Order
JUDGE D. LOWELL JENSEN
Date:  1/4/08

**Clerk:** Frances Stone
**Court Reporter:** Diane Skillman

**Plaintiff:**  United States

**v.**                                                                 **No.** CR-07-00683-DLJ

**Defendant:**   Winslow Norton [ present; out of custody]
Abraham Norton [present; out of custody]

**Appearances for AUSA:**  Steve Corrigan


**Appearances for Defendant:**   Harold Rosenthal for **Def Winslow** Norton
Susan B. Jordan for **Def Abraham** Norton


**Interpreter:** not needed

**Probation Officer:**


| **Reason for Hearing:** | **Ruling:** |
| --- | --- |
| Setting/Stat | -HELD |


**Notes:**  Attorney Susan B. Jordan is now retained counsel for Def Abraham Norton.

**Case Continued to**   2/8/08 AT 9:00AM    for  Status

**Case Continued to:**         for
**Case Continued to:**         for
**Motions to be filed by:**     **Opposition Due:**

**Case Continued to**                        for Pretrial Conference

**Case Continued to**        for            Trial


**Excludable Delay: Category: Begins:  1/4/08**         **Ends:**  2/8/08