~~PROPOSED~~ ORDER/COVER SHEET

| | | | | |
|---|---|---|---|---|
| TO: | Honorable Wayne D. Brazil<br>U.S. Magistrate Judge | FILED<br>JAN 29 2008<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>OAKLAND | RE: | Winslow Norton |
| FROM: | Claudette M. Silvera, Chief<br>U.S. Pretrial Services Officer | | DOCKET NO.: | CR 07-00683 DLJ |
| DATE: | January 28, 2008 | | | |

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

| Paul Mamaril | 510-637-3757 |
|---|---|
| U.S. PRETRIAL SERVICES OFFICER | TELEPHONE NUMBER |

RE:   MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[X] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)

   A.

   B.

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

[X] Other Instructions:

_Defendant must come to court if he misses any more tests._

_____     1/29/08
JUDICIAL OFFICER                    DATE

Cover Sheet (12/03/02)   cc: WDB's stats, Copy to parties via ECF
Frances, Pretrial, Financial

| | |
|---|---|
| **To:** | Honorable Wayne D. Brazil<br>U.S. Magistrate Judge |
| **From:** | Paul Mamaril<br>U.S. Pretrial Services Officer |
| **Subject:** | Winslow Norton<br>CR 07-00683 DLJ<br>NOTICE OF VIOLATION OF RELEASE CONDITIONS |
| **Date:** | January 28, 2008 |



# MEMORANDUM

Your Honor:

The above-captioned individual was released by the Court with supervision by U.S. Pretrial Services including the following special release condition(s):

- ☐ the defendant shall report as directed by U.S. Pretrial Services
- ☐ the defendant shall seek or maintain gainful employment
- ☐ the defendant shall remain in the custody of a third party custodian
- ✓ the defendant shall submit to random drug testing and/or treatment as directed by U.S. Pretrial Services
- ☐ the defendant's travel shall be restricted to
- ☐ the defendant shall comply with a curfew from_____ to _____
- ☐ the defendant shall submit to electronic monitoring
- ☐ other special condition _____

## **VIOLATION**

The defendant has apparently violated the release conditions by:

- ☐ not reporting as directed
- ☐ failing to maintain or secure gainful employment
- ☐ not residing with the third party custodian
- ✓ failed to report for drug testing and/or scheduled treatment
- ☐ traveling outside of the court restricted area without Court permission
- ☐ violating curfew
- ☐ violating the terms of electronic monitoring
- ☐ other:_____

PAGE 2 OF 2
NOTICE OF VIOLATION OF RELEASE CONDITIONS

RE: WINSLOW NORTON
    CR 07-00683 DLJ

## DETAILS OF ALLEGED VIOLATION

Mr. Winslow Norton submitted an initial urinalysis which tested positive for marijuana on November 1, 2007. It should be noted that drug use was prior to the instant offense. The defendant began testing negative for any drugs on November 21, 2007.

On January 24, 2008, this officer was informed by East Bay Community Recovery Project in Oakland, California, that Mr. Norton failed to appear for drug testing on January 16, 2008, and January 23, 2008. The defendant reported to this officer on January 24, 2008, and submitted a urinalysis which tested negative. When queried about his missed drug tests, Mr. Norton advised that "he forgot to report to the facility."

## RECOMMENDATION

Based upon the alleged violation(s), U.S. Pretrial Services respectfully recommends that the Court:

- ✓ not take any punitive action at this time
- ☐ convene a Bail Violation Hearing to discuss this situation
- ☐ other:_____

Respectfully Submitted,

Paul Mamaril
U.S. Pretrial Services Officer

Reviewed by:

For
Allen Lew, Supervising
U.S. Pretrial Services Officer

cc:   D. Lowell Jensen
      U.S. District Judge

      Harold Rosenthal
      Defense Counsel

      Stephen Corrigan
      Assistant U.S. Attorney