## ~~PROPOSED~~ ORDER/COVER SHEET

| | | | | |
|---|---|---|---|---|
| **TO:** | Honorable Wayne D. Brazil<br>U.S. Magistrate Judge | **FILED**<br>MAR 1 0 2008<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>OAKLAND | **RE:** | Winslow Norton |
| **FROM:** | Claudette M. Silvera, Chief<br>U.S. Pretrial Services Officer | | **DOCKET NO.:** | CR 07-00683 DLJ |
| **DATE:** | March 3, 2008 | | | |

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

| Paul Mamaril | 510-637-3757 |
|---|---|
| U.S. PRETRIAL SERVICES OFFICER | TELEPHONE NUMBER |

**RE:   MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _4_ on _TUES., 3/18/08_ at _10:00 am_.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)
   A.
   B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_____
JUDICIAL OFFICER                     DATE: 3/10/08

Cover Sheet (12/03/02)  cc: WDB's Staff Copy to parties via ECF,
by Frances, Pretrial, Financial

| | |
|---|---|
| **To:** | Honorable Wayne D. Brazil<br>U.S. Magistrate Judge |
| **From:** | Paul Mamaril<br>U.S. Pretrial Services Officer |
| **Subject:** | **WINSLOW NORTON**<br>**CR 07-00683 DLJ**<br><br>**NOTICE OF VIOLATION OF RELEASE CONDITIONS** |
| **Date:** | March 3, 2008 |



# MEMORANDUM

Your Honor:

The above-captioned individual was released by the Court with supervision by U.S. Pretrial Services including the following special release condition(s):

- ☐ the defendant shall report as directed by U.S. Pretrial Services
- ☐ the defendant shall seek or maintain gainful employment
- ☐ the defendant shall remain in the custody of a third party custodian
- ☒ the defendant shall submit to random drug testing and/or treatment as directed by U.S. Pretrial Services
- ☐ the defendant's travel shall be restricted to
- ☐ the defendant shall comply with a curfew from_____ to _____
- ☐ the defendant shall submit to electronic monitoring
- ☐ other special condition _____

## VIOLATION

The defendant has apparently violated the release conditions by:

- ☐ not reporting as directed
- ☐ failing to maintain or secure gainful employment
- ☐ not residing with the third party custodian
- ☒ failed to report for drug testing and/or scheduled treatment
- ☐ traveling outside of the court restricted area without Court permission
- ☐ violating curfew
- ☐ violating the terms of electronic monitoring
- ☐ other: _____

PAGE 2 OF 2
NOTICE OF VIOLATION OF RELEASE CONDITIONS

RE:   WINSLOW NORTON
      CR 07-00683 DLJ

## DETAILS OF ALLEGED VIOLATION

On Friday, February 15, 2008, this officer was informed by East Bay Community Recovery Project in Oakland, California, that Mr. Norton failed to appear for drug testing on February 14, 2008.

On February 26, 2008, this officer contacted the testing facility to determine whether Mr. Norton submitted any drug tests for the month. They indicated that the defendant missed drug testing on February 6, 2008, however, submitted to a negative drug test on February 14th and February 22nd.

It should be noted that this officer submitted a memorandum on January 28, 2008, regarding his previous missed drug tests. This memorandum is attached for Your Honor's review. This officer has informed the defendant about abiding by his drug testing conditions especially reporting for all random urinalysis.

## RECOMMENDATION

Based upon the alleged violation(s), U.S. Pretrial Services respectfully recommends that the Court:

☐   not take any punitive action at this time
☒   convene a Bail Violation Hearing to discuss this situation
☐   other:_____

Respectfully Submitted,

Paul Mamaril
U.S. Pretrial Services Officer

Reviewed by:

Allen Lew, Supervising
U.S. Pretrial Services Officer

cc:   D. Lowell Jensen, U.S. District Judge
      Harold Rosenthal, Defense Counsel
      Stephen Corrigan, Assistant U.S. Attorney