# HAROLD ROSENTHAL
ATTORNEY AT LAW
803 HEARST AVENUE
BERKELEY, CALIFORNIA 94710
TELEPHONE: 510.981.1800
FACSIMILE: 510.981.1821
E-Mail: harold@haroldrosenthal.com

March 18, 2008

Ivy Garcia
Courtroom Deputy to The Honorable Wayne D. Brazil
United States District Court
1301 Clay Street
Oakland, CA 94612
FAX: (510) 637-3327

Re: United States v. Winslow Norton

Dear Ivy:

I write to confirm my request yesterday that the bail review hearing scheduled this morning with respect to the above-referenced defendant be continued due to my illness, which has kept me at home over the last two days. I have informed both the Pretrial Services Officer, Paul Mamaril and, by voice mail message, the attorney for the government, Stephen Corrigan, of my request. Mr. Mamaril will not be available until Monday or Tuesday of next week. Mr. Corrigan has not yet gotten back to me. As soon as I hear from Mr. Corrigan regarding his availability I will contact you to have the matter placed back on calendar at the Court's earliest convenience consistent with the availability of the parties.

Please do not hesitate to contact me if you have any questions or concerns. While I will not be in the office today, I will be answering my cell phone. That number is (415) 706-9311.

Thank you for your consideration in this matter.

Very truly yours,

*HJRosenthal*

HAROLD ROSENTHAL

cc:   Stephen Corrigan, AUSA
      Paul Mamaril, Pretrial Services

**HAROLD ROSENTHAL**
ATTORNEY AT LAW
803 HEARST AVENUE
BERKELEY, CALIFORNIA 94710
TELEPHONE: 510.981.1800
FACSIMILE: 510.981.1821
E-Mail: harold@haroldrosenthal.com

March 18, 2008

Ivy Garcia
Courtroom Deputy to
The Honorable Wayne D. Brazil
United States District Court
1301 Clay Street
Oakland, CA 94612
FAX: (510) 637-3327

Re: <u>United States v. Winslow Norton</u>

Dear Ivy:

    I just spoke with Steve Corrigan, and he is available Monday morning. If that is acceptable to the Court, it works for me and Pretrial. If I don't hear back from you, I will assume we are going to be on for Monday, and I will see you then.

    Thank you for your consideration in this matter.

Very truly yours,

*HJ Rosenthal*

HAROLD ROSENTHAL


cc:    Stephen Corrigan, AUSA
        Paul Mamaril, Pretrial Services