UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>Criminal Pretrial Minute Order</u>
JUDGE D. LOWELL JENSEN
Date:  5/23/08

**Clerk:** Frances Stone
**Court Reporter:** DIANE SKILLMAN

**Plaintiff:**  United States

**v.**                                                                                      **No.** CR-07-00683-DLJ

**Defendant:** Winslow Norton [present; not in custody]
             Abraham Norton [present; not in custody]

**Appearances for AUSA:**  Steve Corrigan

**Appearances for Defendant:** Def Winslow Norton: Susan Jordan
                              Def  Abraham Norton: Harold Rosenthal

**Interpreter:**

**Probation Officer:**

**Reason for Hearing:**            **Ruling:**
STATUS                             - HELD
**Setting Motions- Not Held**

**Notes:**

**Case Continued to**     6/20/08 at 9:00AM     for   Status/ Setting Motions

**Case Continued to:**          for
**Case Continued to:**          for
**Motions to be filed by:**     **Opposition Due:**
**Case Continued to**                     for Pretrial Conference

**Case Continued to**          for           Trial

**Excludable Delay: Category: Begins:  5/23/08       Ends: 6/20/08**