HAROLD ROSENTHAL, SBN 68380
Attorney at Law
803 Hearst Avenue
Berkeley, CA 94710
Tele: (510) 981-1800
Fax: (510) 981-1821

Attorney for Defendants
WINSLOW NORTON AND ABRAHAM NORTON

# THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND VENUE

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ABRAHAM NORTON AND WINSLOW NORTON, <br><br> Defendants. | Case No.: No. 07-0683 DLJ <br><br> STIPULATION AND [PROPOSED] ORDER MODIFYING DEFENDANTS' TERMS AND CONDITIONS OF RELEASE |

TO: THE CLERK OF THE ABOVE-ENTITLED HONORABLE COURT, AND TO JOSEPH P. RUSSONIELLO, UNITED STATES ATTORNEY, AND STEPHEN CORRIGAN, ASSISTANT UNITED STATES ATTORNEY:

The parties hereby stipulate by and between one another that good cause exists to modify the terms and conditions of release set for the defendant Winslow Norton so as to allow him to travel to Hawaii to attend the wedding celebration of a friend and enjoy a brief vacation. Specifically, the modification would occur as follows:

STIPULATION AND [PROPOSED] ORDER
MODIFYING TERMS AND CONDITIONS OF
RELEASE

1

Mr. Norton would travel from San Francisco to Hawaii and remain there from July 3, 2008 until July 14, 2008. Travel outbound would be on United Flight 79 departing San Francisco at 6:55 p.m. and ultimately arriving in Honolulu.

His return would be on July 14, 2008 on United Flight 78 arriving in San Francisco at 6:54 a.m. from Honolulu.

While in Hawaii Mr. Norton will be staying at Four Seasons Manele Bay, 3 Four Seasons Lanai Manele Bay, 1 Manele Bay Road, Lanai City, HI 96763 (808) 565-2000.

It is so stipulated.

Dated: May 31, 2008

_____/s/_____
STEPHEN CORRIGAN

Attorney for the United States

Dated: May 31, 2008

_____/s/_____
HAROLD ROSENTHAL

Attorney for WINSLOW NORTON

Good cause appearing therefore, it is hereby ORDERED that the modification detailed above occur.

_____

STIPULATION AND [PROPOSED] ORDER
MODIFYING TERMS AND CONDITIONS OF
RELEASE

2

JUDGE OF THE U.S. DISTRICT COURT

1
2
3
4
5
6
7
8
9
11
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER
MODIFYING TERMS AND CONDITIONS OF
RELEASE