UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Criminal Pretrial Minute Order
JUDGE D. LOWELL JENSEN
Date: 6/20/08

**Clerk:** Frances Stone
**Court Reporter:** DIANE SKILLMAN

**Plaintiff:** United States

v.                                                        **No.** CR-07-00683-DLJ

**Defendant:** Winslow Norton [present; not in custody]
Abraham Norton [present; not in custody]

**Appearances for AUSA:** Stephen Corrigan

**Appearances for Defendant:** Def Winslow Norton: Susan Jordan
Def Abraham Norton : Susan Jordan for Harold Rosenthal

**Interpreter:**
**Probation Officer:**

**Reason for Hearing:**           **Ruling:**
SETTING/STAT                     -HELD

**Notes:**

**Case Continued to 8/8/08 AT 9:00AM for STATUS/SETTING**

**Case Continued to:**       for
**Case Continued to:**       for
**Motions to be filed by:**       Opposition Due:

**Case Continued to**                         for Pretrial Conference

**Case Continued to**       for          Trial

**Excludable Delay: Category: Begins:**   6/20/08   **Ends:** 8/8/08