UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Criminal Pretrial Minute Order
JUDGE D. LOWELL JENSEN
Date:  August 8, 2008

**Clerk:** Frances Stone
**Court Reporter:** RAYNEE MERCADO

**Plaintiff:** United States

**v.**                                                                 **No.** CR-07-00683-DLJ

**Defendant:** Winslow Norton [present; not in custody]
               Abraham Norton [present; not in custody]

**Appearances for AUSA:** Stephen Corrigan

**Appearances for Defendant:**  Def Winslow Norton: Harold Rosenthal for Susan Jordan
                                Def Abraham Norton: Harold Rosenthal

**Interpreter:**

**Probation Officer:**

| **Reason for Hearing:** | **Ruling:** |
| --- | --- |
| SETTING/STAT | -HELD |

**Notes:**

**Case Continued to**   9/19/08 AT 9:00AM    for STATUS

**Case Continued to:**         for
**Case Continued to:**         for
**Motions to be filed by:**      **Opposition Due:**

**Case Continued to**                         for Pretrial Conference

**Case Continued to**         for            Trial

**Excludable Delay: Category: Begins:  8/8/08         Ends: 9/19/08**