HAROLD ROSENTHAL, SBN 68380
Attorney at Law
803 Hearst Avenue
Berkeley, CA 94710
Tele: (510) 981-1800
Fax: (510) 981-1821

Attorney for Defendants
WINSLOW NORTON AND ABRAHAM NORTON

**THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND VENUE**

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ABRAHAM NORTON AND WINSLOW ) <br> ) <br> NORTON, ) <br> ) <br> Defendants. ) | Case No.: No. 07-0683 DLJ <br><br> STIPULATION AND ORDER MODIFYING DEFENDANTS' TERMS AND CONDITIONS OF RELEASE |

TO: THE CLERK OF THE ABOVE-ENTITLED HONORABLE COURT, AND TO JOSEPH P. RUSSONIELLO, UNITED STATES ATTORNEY, AND STEPHEN CORRIGAN, ASSISTANT UNITED STATES ATTORNEY:

The parties hereby stipulate by and between one another that good cause exists to modify the terms and conditions of release set for the defendants Winslow Norton and Abraham Norton so as to allow them to travel to Las Vegas to attend the Magic Clothing tradeshow scheduled to be held at the Las Vegas Convention Center and the Las Vegas Hilton on August 25, 26, and 27, 2008.

STIPULATION AND [PROPOSED] ORDER
MODIFYING TERMS AND CONDITIONS OF
RELEASE

1

The defendants would be allowed to travel to Las Vegas on August 25, 2008, where they would stay at the Bellagio Hotel on the evenings of August 25, 26, and 27, 2008. On August 28, 2008 they would return to Oakland.

It is so stipulated.

Dated: August 20, 2008

                                            _____/s/_____
                                            STEPHEN CORRIGAN

                                            Attorney for the United States

Dated: August 20, 2008

                                            _____/s/_____
                                            HAROLD ROSENTHAL

                                            Attorney for WINSLOW NORTON

Good cause appearing therefore, it is hereby ORDERED that the modification detailed above occur.

Dated:  August 22, 2008                       _____
                                        WAYNE D. BRAZIL
                                        U.S. DISTRICT MAGISTRATE JUDGE

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — GRANTED, Judge Wayne D. Brazil]

STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING TERMS AND CONDITIONS OF RELEASE