JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

STEPHEN G. CORRIGAN (MASBN 100560)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone:  (510) 637-3680
   Facsimile:   (510) 637-3724
   E-Mail:     Stephen.Corrigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-0683 DLJ |
|     Plaintiff, ) ) | STIPULATED REQUESTS TO CONTINUE MOTIONS HEARING DATE AND EXCLUDE TIME FROM THE SPEEDY TRIAL CLOCK AND ORDER |
|     v. ) ) | |
| WINSLOW NORTON and ABRAHAM NORTON, ) ) ) | |
|     Defendants. ) ) | |

The parties jointly request that the hearing on defendants' motions, scheduled for December 19, 2008, be continued to January 23, 2009, and that the deadlines for the filing of the government's responses be continued to January 8, 2009, and defendants' replies to January 15, 2009. The parties makes these requests to allow for additional time to review the discovery produced and to explore a pretrial resolution.

The parties further agree that there is a basis to exclude time from the Speedy Trial clock between December 19, 2008 and January 23, 2009, pursuant to 18 U.S.C. § 1361(h)(8)(A) in that the ends of justice served by the continuance outweigh the best interest of the public and the

STIP. REQ. TO CONTINUE MOTIONS HEARING AND [PROPOSED] ORDER
No. CR 07-0683 DLJ

defendants in a speedy trial, and §1361(h)(B)(ii)and(iv) to allow for adequate and effective preparation.

SO STIPULATED.

DATED: December 5, 2008

   /s/
STEPHEN G. CORRIGAN
Assistant United States Attorney

   /s/
SUSAN B. JORDAN
Attorney for Winslow Norton

   /s/
HAROLD ROSENTHAL
Attorney for Abraham Norton

# ORDER

**IT IS ORDERED** that the December 19, 2008 appearance be continued until **January 23, 2009, at 11:00 am** and that the time between December 19, 2008 and January 23, 2009, be excluded from the Speedy Trial clock pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(ii) and (iv).

DATED: December 8, 2008

D. LOWELL JENSEN
United States District Judge

STIP. REQ. TO CONTINUE MOTIONS HEARING AND [PROPOSED] ORDER
No. CR 07-0683 DLJ