HAROLD ROSENTHAL, SBN 68380
Attorney at Law
803 Hearst Avenue
Berkeley, CA  94710
Tele: (510) 981-1800
Fax: (510) 981-1821

Attorney for Defendants
WINSLOW NORTON AND ABRAHAM NORTON

# THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND VENUE

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ABRAHAM NORTON AND WINSLOW NORTON,<br><br>　　　　　Defendants. | Case No.: CR 07-0683 DLJ<br><br>STIPULATION AND ORDER MODIFYING DEFENDANTS' TERMS AND CONDITIONS OF RELEASE |

TO: THE CLERK OF THE ABOVE-ENTITLED HONORABLE COURT, AND TO JOSEPH P. RUSSONIELLO, UNITED STATES ATTORNEY, AND STEPHEN CORRIGAN, ASSISTANT UNITED STATES ATTORNEY:

　　　The parties hereby stipulate by and between one another that good cause exists to modify the terms and conditions of release set for the defendants Winslow Norton and Abraham Norton so as to allow them to attend the ASCAP "I Create Music" Expo 2009 in Los Angeles.  The defendants would be allowed to travel to Los Angeles on drive down on Thursday, April 23, 2009, stay at the Hyatt Regency Hotel, 2025 Avenue of the Stars, Los Angeles, CA, and return on Saturday.  There would be no stop along the route except for food and gas, and any such stop would be brief – that is, less than 30 minutes in duration.

STIPULATION AND ORDER
MODIFYING TERMS AND CONDITIONS OF
RELEASE

It is so stipulated.

Dated: April 23, 2009

_____/s/_____
STEPHEN CORRIGAN

Attorney for the United States

Dated: April 23. 2009

_____/s/_____
HAROLD ROSENTHAL

Attorney for WINSLOW NORTON

Good cause appearing therefore, it is hereby ORDERED that the modification detailed above occur.

Dated:   April 27, 2009

_____
WAYNE D. BRAZIL
U.S. DISTRICT COURT MAGISTRATE
JUDGE

GRANTED
Judge Wayne D. Brazil

STIPULATION AND ORDER
MODIFYING TERMS AND CONDITIONS OF
RELEASE