HAROLD ROSENTHAL, SBN 68380
Attorney at Law
803 Hearst Avenue
Berkeley, CA  94710
Tele: (510) 981-1800
Fax: (510) 981-1821

Attorney for Defendants
WINSLOW NORTON AND ABRAHAM NORTON

# THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND VENUE

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ABRAHAM NORTON AND WINSLOW NORTON,<br><br>　　　　　Defendants. | Case No.: No. 07-0683 DLJ<br><br>STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING HEARING DATE |

TO: THE CLERK OF THE ABOVE-ENTITLED HONORABLE COURT, AND TO JOSEPH P. RUSSONIELLO, UNITED STATES ATTORNEY, AND STEPHEN CORRIGAN, ASSISTANT UNITED STATES ATTORNEY:

　　　　The parties hereby stipulate by and between one another that good cause exists to continue the setting hearing in the above-entitled matter currently set for Friday, September 4, 2009 to another date and time, that is, Friday September 11, 2009 at 1:00 p.m.  The facts supporting good cause include a plan to take the unusual step of closing the Bay Bridge commencing September 3, 2009 and continuing through the end of the Labor Day Weekend, which begins on September 5, 2009.  It is virtually inevitable that traffic will be unusually heavy on that day as a result of the closing.  Counsel for Winslow Norton and counsel for Michael Norton both have offices in San Francisco, and either of the alternative routes available to those counsel are already significantly longer

than a direct trip from San Francisco to Oakland over the Bay Bridge, and will only become more difficult to navigate efficiently as a result of the traffic congestion. Additionally, counsel for defendant Abraham Norton will not be able to attend on the date presently set, because he has a long-standing commitment to attend the wedding in New Hampshire of the son of two close friends, and while co-counsel could appear for him at the hearing, it is preferable that counsel personally attends.

     As stated above, we have discussed this matter with government counsel, and he is amenable to the stipulation proposed.

     It is so stipulated.

Dated: September 3, 2009

                                                  _____/s/_____
                                                STEPHEN CORRIGAN

                                                Attorney for the United States

Dated: September 3, 2009

                                                _____/s/_____
                                                DORON WEINBERG

                                                Attorney for Defendant
                                                ABRAHAM NORTON

Dated: September 3, 2009

                                                _____/s/_____
                                                HAROLD ROSENTHAL

                                                Attorney for Defendant
                                                WINSLOW NORTON

//

STIPULATION AND [PROPOSED] ORDER
CONTINUING HEARING DATE

Dated: September 3, 2009

_____/s/_____
WILLIAM H. OSTERHOUDT

Attorney for Defendant
MICHAEL NORTON

Dated: September 3, 2009

_____/s/_____
JEROME MATTEWS

Attorney for Defendant
BRIAN EVERETT

   Good cause appearing therefore, it is hereby ORDERED that the hearing currently scheduled for September 4, 2009 be continued until September 11, 2009 at 1:00 p.m.

Dated:   September 3, 2009

_____
JUDGE OF THE U.S. DISTRICT COURT
D. Lowell Jensen

STIPULATION AND [PROPOSED] ORDER
CONTINUING HEARING DATE

3