UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATE OF AMERICA, | Case No: CR 07-0683 DLJ |
|---|---|
| Plaintiffs, | **ORDER** |
| vs. | |
| MICHAEL NORTON, et al. | |
| Defendant. | |

On November 20, 2009, the Court heard Defendants' motion for a Bill of Particulars.  Doron Weinberg appeared on behalf of Defendant Winslow Norton.  Harold Rosenthal appeared on behalf of Defendant Abraham Norton; Jerome Matthews appeared on behalf of Defendant Brian Everett; William Osterhoudt appeared on behalf of Defendant Michael Norton; and, David Hall and William Frentzen appeared on behalf of the Government.

Count 8 of the Indictment Reads as Follows:

> Beginning in or about October 2005, and continuing to in or about October 2007, in the Northern District of California, in the County of Alameda, the defendants,
>
>     WINSLOW NORTON,
>     ABRAHAM NORTON,
>    BRIAN EVERETT, and
>     MICHAEL NORTON,
>
> did, during and in relation to a drug trafficking crime for which the person may be prosecuted in a court of the United States, as charged in Counts One through Seven, aid and abet the use of and carrying of a firearm, and in furtherance of any such crime, did aid and abet the possession of a firearm, in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

At the hearing, the Government confirmed that its prosecution of Count 8 includes the thesis that a person, other than one of the defendants, has committed a violation of 18 USC § 924(c) by the unlawful use or possession of a firearm during and in relation to the charged drug trafficking conduct of Defendants, and that Defendants have aided and abetted such a violation of § 924(c).

At the hearing, it was also confirmed that the discovery provided by the Government up to this date, does not provide any information that would identify any particular firearm contended by the Government to be the basis of any § 924(c) violation, nor does it disclose the identity of any person contended by the Government to be a violator of § 924(c) who was aided and abetted by any of Defendants.

Under the circumstances, it appears to the Court that a Bill of Particulars as to Count 8 is necessary in order to permit Defendants to prepare a defense to the charges brought against them in Count 8.  It is the order of the Court that the Government prepare and file a Bill of Particulars in this case providing information which identifies:

1)   Any firearm contended by the Government to be an element of a violation of 18 U.S.C. § 924(c), and

2)   Any person contended by the Government to have been aided and abetted by any Defendant in a violation of 18 U.S.C. § 924(c).

1   IT IS SO ORDERED.

2  DATE: November 23, 2009

3  _____
   D. Lowell Jensen
   United States District Judge