JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WILLIAM FRENTZEN (LABN 24421)
ROBERT DAVID REES (CABN 229441)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7210
    Facsimile: (415) 436-6753
    E-mail: robert.rees@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-0683 DLJ |
| Plaintiff, ) | |
| v. ) | **STIPULATION AND ORDER CONTINUING FILING OF BILL OF PARTICULARS** |
| MICHAEL NORTON, et al., ) | |
| Defendants. ) | |

    The parties hereby stipulate and agree to continue the deadline for the government's filing of the bill of particulars ordered by this Court. Currently, the bill of particulars is due today, March 12, 2010. The parties hereby stipulate and agree that the government may file the bill of particulars instead on April 9, 2010.

    Good cause for the requested continuance is that one of the two active government attorneys on the case was unavailable for most of the last two weeks first with illness, then with the hospitalization of his one year old son for a medical issue that, for the time being, requires significant management and supervision. The other active government attorney on the case has been thrust into a supervisory role while the chief of the Organized Crime Strike Force Section is trying a lengthy capital case in San Jose.

Despite these issues, the parties feel confident that the new April 9, 2010 date for filing of the bill of particulars can be met.

IT IS HEREBY STIPULATED.

DATED: March 12, 2010         JOSEPH P. RUSSONIELLO
                              United States Attorney

                                      /s/
                              WILLIAM FRENTZEN
                              ROBERT DAVID REES
                              Assistant United States Attorney

DATED: March 15, 2010                 /s
                              DORON WEINBERG, ESQ.
                              Attorney for Winslow Norton

DATED: March 15, 2010                 /s
                              HAROLD ROSENTHAL, ESQ.
                              Attorney for Abraham Norton

DATED: March 15, 2010                 /s
                              JEROME MATTHEWS, ESQ.
                              Attorney for Brian Everett

DATED: March 15, 2010                 /s
                              WILLIAM OSTERHOUDT, ESQ.
                              Attorney for Michael Norton

IT IS HEREBY ORDERED.

DATED: March 15, 2010
                              HON. D. LOWELL JENSEN
                              United States District Judge

STIPULATION AND PROPOSED ORDER, CR 07-0683 DLJ