1  DORON WEINBERG (SBN 46131)
   WEINBERG & WILDER
2  523 Octavia Street
   San Francisco, CA 94102
3  Telephone: (415) 431-3472
   Facsimile:  (415) 552-2703
4  Email: doronweinberg@aol.com

5  Attorneys for Defendant
   WINSLOW NORTON

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-07-0683 DLJ |
| ) | |
| Plaintiff, ) | **STIPULATION TO CONTINUE** |
| ) | **HEARING ON MOTIONS;** |
| vs. ) | ~~PROPOSED~~ **ORDER** |
| ) | |
| WINSLOW NORTON, et. al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

   The parties stipulate and agree to continue the hearing on defendants' motions, presently scheduled for Friday, March 26, 2010 at 11:00 a.m. to Friday, April 30, 2010 at 11:00 a.m.

   It is further stipulated that the time from March 26, 2010 to and including April 30, 2010 may be excluded in computing the time within which the trial in this matter must commence under 18 U.S.C. § 3161(h)(1)(D) as the result of the pendency of pretrial motions under consideration by the Court, and 18 U.S.C. § 3161(h)(7)(A) because the ends of justice in granting a continuance outweigh the best interest of the public and the defendants in a speedy trial and because failure to grant a continuance would deny counsel for the defendants and the attorneys for the government, the reasonable time necessary for effective preparation, taking into

Stipulation to Continue Hearing on
Motions; Proposed Order
(No. CR-07-0683 DLJ)                  1

account the exercise of due diligence.

Dated: March 24, 2010                JOSEPH P. RUSSONIELLO
                                     United States Attorney


                                     /s/
                                     WILLIAM FRENTZEN
                                     ROBERT D. REES
                                     Assistant U.S. Attorneys


Dated: March 24, 2010                /s/ Doron Weinberg
                                     DORON WEINBERG
                                     Attorney for WINSLOW NORTON


Dated: March 24, 2010                /s/ Harold J. Rosenthal
                                     HAROLD J. ROSENTHAL
                                     Attorney for ABRAHAM NORTON


Dated: March 24, 2010                /s/ Jerome Matthews
                                     JEROME MATTHEWS
                                     Attorney for BRIAN EVERETT


Dated: March 24, 2010                /s/ William Osterhoudt
                                     WILLIAM OSTERHOUDT
                                     Attorney for MICHAEL NORTON


**IT IS SO ORDERED:**


Dated: March 25, 2010                _____
                                     HON. D. LOWELL JENSEN
                                     Judge, U.S. District Court