1  DORON WEINBERG (SBN 46131)
   WEINBERG & WILDER
2  523 Octavia Street
   San Francisco, CA 94102
3  Telephone: (415) 431-3472
   Facsimile:  (415) 552-2703
4  Email: doronweinberg@aol.com

5  Attorneys for Defendant
   WINSLOW NORTON

6

7                UNITED STATES DISTRICT COURT

8           FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

| UNITED STATES OF AMERICA, | ) | Case No. CR-07-0683 DLJ |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) | **STIPULATION MODIFYING** |
|  | ) | **CONDITIONS OF RELEASE FOR** |
| vs. | ) | **ABRAHAM NORTON and** |
|  | ) | **WINSLOW NORTON**; |
| WINSLOW NORTON, et. al., | ) |  **ORDER** |
|  | ) |  |
| Defendants. | ) |  |
| _____ | ) |  |

   IT IS HEREBY STIPULATED by and between plaintiff United States of America and defendants Abraham Norton and Winslow Norton, that the conditions of pretrial release for Abraham Norton and Winslow Norton may be modified to permit travel throughout the State of California, provided that defendants, and each of them, obtain approval from the United Stats Pretrial Services office prior to any travel outside the Northern District of California.

   Dated: May 6, 2010                           JOSEPH P. RUSSONIELLO
                                                United States Attorney


                                                 /s/ Robert D. Rees
                                                ROBERT D. REES
                                                Assistant U.S. Attorneys

Stipulation Modifying Conditions of Release
For Abraham Norton and Winslow Norton
Proposed Order
(No. CR-07-0683 DLJ)                    1

1 | Dated: May 6, 2010            /s/ Doron Weinberg
2 |                                                 DORON WEINBERG
                                                Attorney for WINSLOW NORTON

Dated: May 6, 2010            /s/ Harold J. Rosenthal
                                                HAROLD J. ROSENTHAL
                                                Attorney for ABRAHAM NORTON

**IT IS SO ORDERED:**

Dated: _May 6, 2010

HON. D. LOWELL JENSEN
Judge, U.S. District Court

Stipulation Modifying Conditions of Release
For Abraham Norton and Winslow Norton
Proposed Order
(No. CR-07-0683 DLJ)                    2