DORON WEINBERG (SBN 46131)
Law Offices of Doron Weinberg
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-3472
Facsimile:  (415) 552-2703
Email: doronweinberg@aol.com

Attorney for Defendant
WINSLOW NORTON

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-07-0683 DLJ |
| ) | |
| Plaintiff, ) | **STIPULATION TO CONTINUE** |
| ) | **STATUS CONFERENCE HEARING;** |
| vs. ) | (~~PROPOSED~~) ORDER |
| ) | |
| WINSLOW NORTON, et. al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

The parties stipulate and agree to continue the hearing set for status conference in this matter which is presently scheduled for Friday, November 19, 2010 at 11:00 a.m. to Friday, January 21, 2011 at 11:00 a.m.

It is further stipulated that the time from November 19, 2010 to and including January 21, 2011 may be excluded in computing the time within which the trial in this matter must commence under 18 U.S.C. § 3161(h)(1)(D) as the result of the pendency of pretrial motions under consideration by the Court, and 18 U.S.C. § 3161(h)(7)(A) because the ends of justice in granting a continuance outweigh the best interest of the public and the defendants in a speedy trial and because failure to grant a continuance would deny counsel for the defendants and the attorneys for the government, the reasonable time necessary for effective preparation, taking into

Stipulation to Continue Status Conference
Hearing; (Proposed) Order
(No. CR-07-0683 DLJ)                               1

account the exercise of due diligence.

Dated: November 18, 2010         MELINDA HAAG
                                 United States Attorney

                                  /s/ Robert D. Rees
                                 WILLIAM FRENTZEN
                                 ROBERT D. REES
                                 Assistant U.S. Attorneys

Dated: November 18, 2010          /s/ Doron Weinberg
                                 DORON WEINBERG
                                 Attorney for WINSLOW NORTON

Dated: November 18, 2010          /s/ Harold J. Rosenthal
                                 HAROLD J. ROSENTHAL
                                 Attorney for ABRAHAM NORTON

Dated: November 18, 2010          /s/ Jerome Matthews
                                 JEROME MATTHEWS
                                 Attorney for BRIAN EVERETT

Dated: November 18, 2010          /s/ William Osterhoudt
                                 WILLIAM OSTERHOUDT
                                 Attorney for MICHAEL NORTON

**IT IS SO ORDERED:**

Dated: November 19, 2010         _____
                                 HON. D. LOWELL JENSEN
                                 Judge, U.S. District Court