MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

WILLIAM FRENTZEN (LABN 24421)
ROBERT DAVID REES (CABN 229441)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7210
Facsimile: (415) 436-6753
E-mail:  robert.rees@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 07-0683 DLJ |
|---|---|---|
| Plaintiff, | ) | Amended |
|  | ) | **STIPULATION AND ORDER** |
| v. | ) | **CONTINUING TRIAL** |
|  | ) |  |
| MICHAEL NORTON, et al., | ) |  |
| Defendants. | ) |  |
|  | ) |  |

The parties hereby stipulate and agree to continue the trial in this case, which is currently set for April 25, 2011.  The parties hereby stipulate and agree that the trial be continued to September **26**, 2011.

Good cause for the requested continuance is that the parties have been engaged in active negotiations to settle this case, negotiations that have taken more energy and time from the parties than had been anticipated and which have diverted from reasonable efforts to prepare for a trial of this complexity.  The parties are planning to return to a settlement conference with Judge Larson, but the looming trial date has proven to be a significant barrier to further negotiations.  The parties stipulate that keeping trial on the currently scheduled date would not be consistent with the effective preparation of

counsel, and that time should be excluded between the date of the filing of this stipulation and September **26**, 2011 under the Speedy Trial Act under 18 U.S.C. § 3161(h)(7)(A) for the foregoing reasons, and because the case is complex, and that the needs for the continuance outweigh the best interests of the public and the defendant in a speedy trial. It is not currently anticipated that any further continuances of the trial will be sought.

The 3/18/2011 Pretrial date is **vacated**.

New **Pretrial date is 9/2/2011** at 11:00a.m. in Oakland Courthouse.

New **Jury Trial date is 9/26/2011** at 9:00a.m. in San Jose Courthouse.

IT IS HEREBY STIPULATED.

DATED: March 1, 2011                MELINDA HAAG
                                    United States Attorney


                                    _____/s/_____
                                    WILLIAM FRENTZEN
                                    ROBERT DAVID REES
                                    Assistant United States Attorneys

DATED: March 4, 2011                _____/s_____
                                    DORON WEINBERG, ESQ.
                                    Attorney for Winslow Norton

DATED: March 4, 2011                _____/s_____
                                    HAROLD ROSENTHAL, ESQ.
                                    Attorney for Abraham Norton

DATED: March 4, 2011                _____/s_____
                                    JEROME MATTHEWS, ESQ.
                                    Attorney for Brian Everett

DATED: March 4, 2011                _____/s_____
                                    WILLIAM OSTERHOUDT, ESQ.
                                    Attorney for Michael Norton

IT IS HEREBY ORDERED.

DATED: March 17, 2011               _____
                                    HON. D. LOWELL JENSEN
                                    United States District Judge

STIPULATION AND PROPOSED ORDER, CR 07-0683 DLJ