1 | DORON WEINBERG (SBN 46131)
LAW OFFICE OF DORON WEINBERG
2 | 523 Octavia Street
San Francisco, CA 94102
3 | Telephone: (415) 431-3472
Facsimile: (415) 552-2703
4 | Email: doronweinberg@aol.com

5 | Attorney for Defendant
WINSLOW NORTON

6

7 UNITED STATES DISTRICT COURT

8 FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,  ) Case No. CR-07-0683 DLJ
    )
11 | Plaintiff,  ) **DEFENDANTS WINSLOW NORTON**
    ) **AND ABRAHAM NORTON'S**
12 | vs.  ) **REQUEST FOR PERMISSION TO**
    ) **TRAVEL OUTSIDE DISTRICT**
    | WINSLOW NORTON,  ) **AND (PROPOSED) ORDER**
13 | ABRAHAM NORTON, et.al.,  )
    )
14 | Defendants.  )
    ——————————————————  )

15

16   Defendants Winslow Norton and Abraham Norton, request permission to travel outside

17 of the Northern District of California, specifically to Honolulu, Hawaii, on Thursday, June 23,

18 2011 for the purpose of attending a close friend's wedding celebration. Defendants will stay at

19 the Royal Hawaiian Hotel, 2259 Kalakaua Avenue, Honolulu, HI.  They will return to the

20 Northern District of California on Sunday, July 3, 2011.

21   Undersigned counsel is informed and believes that Pretrial Services Officer Tim Elder

22 has been notified by Defendants of this request, and he has indicated that if the Court authorizes

23 the travel request, he has no objection. Counsel has left a message for Mr. Elder requesting that

24 he confirm his approval, but I have not yet heard back from him.

25

26 (Proposed) Order Permitting Travel Outside
State of California (No. CR-07-0683 DLJ)              1

In addition, I have also spoken to Assistant United States Attorney Robert Rees, and he has informed me that his office would not oppose the requested travel if Pretrial Services and the Court approve it.

Dated:   June 17, 2011	Respectfully submitted,

LAW OFFICES OF DORON WEINBERG

  /s/ Doron Weinberg
DORON WEINBERG

Attorney for Defendant
WINSLOW NORTON

**IT IS SO ORDERED:**

Dated:
HONORABLE D. LOWELL JENSEN
Judge, U.S. District Court

(Proposed) Order Permitting Travel Outside
State of California (No. CR-07-0683 DLJ)           2