Law Offices of
**DORON WEINBERG**
523 Octavia Street
San Francisco, California 94102
Telephone (415) 431-3472
FAX (415) 552-2703

June 20, 2011

Honorable D. Lowell Jensen
Judge, U.S. District Court
Northern District of California
1301 Clay Street, Suite 400 So.
Oakland, CA 94612-5212

    **Re:** *United States v. Norton, et. al.*; **Case No. CR-07-00683 DLJ**

Dear Judge Jensen:

  I am writing to follow up on the Request for Permission to Travel Outside District and (Proposed) Order which was filed on behalf of Winslow and Abraham Norton on June 17, 2011. I indicated in my motion that I had left a message for Pretrial Services Officer Tim Elder, but I had not heard back from him at the time the motion was filed. I am writing to notify the Court that I have now heard back from Mr. Elder and he has no objection to the requested travel.

  Thank you for your consideration in this matter.

              Very truly yours,

              /s/ Doron Weinberg
DW/gba            DORON WEINBERG

cc:  Robert Rees, Assistant U.S. Attorney