1  DORON WEINBERG (SBN 46131)
   Law Offices of Doron Weinberg
2  523 Octavia Street
   San Francisco, CA 94102
3  Telephone: (415) 431-3472
   Facsimile:  (415) 552-2703
4  Email: doronweinberg@aol.com

5  Attorney for Defendant
   WINSLOW NORTON
6

7                 UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9
   UNITED STATES OF AMERICA,         )   Case No. CR-07-0683 DLJ
10                                   )
          Plaintiff,                 )   **STIPULATION TO CONTINUE**
11                                   )   **HEARING ON MOTION TO DISMISS;**
       vs.                           )   **() ORDER**
12                                   )
   WINSLOW NORTON, et. al.,          )
13                                   )
          Defendants.                )
14 _____   )

15
        The parties stipulate and agree to continue the hearing set for Defendants' Motion to
16
   Dismiss in this matter which is presently scheduled for Friday, May 11, 2012 at 11:00 a.m. to
17
   Friday, June 22, 2012 at 11:00 a.m. and that Plaintiff's Opposition to motions will be due on or
18
   before Friday, May 25, 2012, and Defendants' Reply, if any, is due on or before Friday, June 8,
19
   2012.
20
        It is further stipulated that the time from May 11, 2012 to and including June 22, 2012
21
   may be excluded in computing the time within which the trial in this matter must commence
22
   under 18 U.S.C. § 3161(h)(1)(D) as the result of the pendency of pretrial motions under
23
   consideration by the Court, and 18 U.S.C. § 3161(h)(7)(A) because the ends of justice in
24
   granting a continuance outweigh the best interest of the public and the defendants in a speedy
25
   Stipulation to Continue Hearing on
26 Motion to Dismiss; () Order
   (No. CR-07-0683 DLJ)                    1

1   trial and because failure to grant a continuance would deny counsel for the defendants and the

2   attorneys for the government, the reasonable time necessary for effective preparation, taking into

3   account the exercise of due diligence.

4

5   Dated:  April 19, 2012                    MELINDA HAAG
                                              United States Attorney
6

7                                              /s/ Robert D. Rees
                                              WILLIAM FRENTZEN
8                                             ROBERT D. REES
                                              Assistant U.S. Attorneys
9

10  Dated: April 19, 2012                     /s/ Doron Weinberg
                                              DORON WEINBERG
11                                            Attorney for WINSLOW NORTON

12
    Dated: April 19, 2012                     /s/ Stuart D. Hanlon
13                                            STUART D. HANLON
                                              Attorney for ABRAHAM NORTON
14

15  Dated: April 19, 2012                     /s/ Ean Vizzi
                                              J. TONY SERRA
16                                            EAN VIZZI
                                              Attorneys for BRIAN EVERETT
17

18  Dated: April 19, 2012                     /s/ William Osterhoudt
                                              WILLIAM OSTERHOUDT
19                                            Attorney for MICHAEL NORTON

20  **IT IS SO ORDERED:**

21

22  Dated: _Í ~~DDF~~G_____           _____
                                              HON. D. LOWELL JENSEN
23                                            Judge, U.S. District Court

24

25
    Stipulation to Continue Hearing on
26  Motion to Dismiss; () Order
    (No. CR-07-0683 DLJ)                       2