```
 1  MELINDA HAAG (CABN 132612)
    United States Attorney
 2
    MIRANDA KANE (CABN 150630)
 3  Chief, Criminal Division

 4  WILLIAM FRENTZEN (LABN 24421)
    ROBERT DAVID REES (CABN 229441)
 5  Assistant United States Attorney

 6      450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
 7      Telephone: (415) 436-7210
        Facsimile: (415) 436-6753
 8      E-mail:  robert.rees@usdoj.gov

 9  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-0683 DLJ |
| Plaintiff, ) | |
| ) | **STIPULATION AND [PROPOSED]** |
| v. ) | **ORDER CONTINUING MOTION** |
| ) | **HEARING DATE AND RESPONSES** |
| MICHAEL NORTON, et al., ) | |
| Defendants. ) | |

The parties hereby stipulate and agree to continue the hearing on the defendants' Tenth Amendment motion in this case, which is currently set for June 22, 2012. The parties hereby stipulate and agree that the hearing date be continued to July 26, 2012 at 10:00AM in San Jose. The United States' response filing date is continued until June 21, 2012, and the defendants' reply, if any, shall be due by July 12, 2012.

Good cause for the requested continuance is that the parties desire to keep the window open for potential settlement as long as possible. The parties stipulate that time should be excluded between the date of the filing of this stipulation and July 26, 2012 under the Speedy Trial Act under 18 U.S.C. § 3161(h)(7)(A) because the case is complex, and that the needs for the continuance outweigh the best interests of the public and the

1 | defendant in a speedy trial.
2 |
3 | IT IS HEREBY STIPULATED.
4 |
5 | DATED:  May 17, 2012					MELINDA HAAG
								United States Attorney
6 |
7 |								  /s/
								_____
								WILLIAM FRENTZEN
8 |								ROBERT DAVID REES
								Assistant United States Attorneys
9 |
10 | DATED:  May 17, 2012					   /s
								_____
								DORON WEINBERG, ESQ.
11 |								Attorney for Winslow Norton
12 |
13 | DATED:  May 17, 2012					   /s
								_____
								EAN VIZZI, ESQ.
14 |								Attorney for Abraham Norton
15 |
16 | DATED:  May 17, 2012					   /s
								_____
								STUART HANLON, ESQ.
17 |								Attorney for Brian Everett
18 |
19 | DATED:  May 17, 2012					   /s
								_____
								WILLIAM OSTERHOUDT, ESQ.
20 |								Attorney for Michael Norton
21 |
22 | IT IS HEREBY ORDERED.
23 |
	DATED: í EDCGEFG					_____
24 |								HON. D. LOWELL JENSEN
								United States District Judge
25 |
26 |
27 |
28 |

STIPULATION AND ~~PROPOSED~~ ORDER, CR 07-0683 DLJ