UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: CR 07-0683-DLJ |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | **CONTINUING MOTIONS HEARING DATE** |
| ) | **AND VACATING JURY TRIAL DATE** |
| vs. ) | |
| ) | ORDER |
| WINSLOW NORTON, et. al., ) | |
| Defendants. ) | |

The Court, having considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The hearing date previously scheduled for July 26, 2012 is hereby continued to September 13, 2012 at 10:00 a.m. The briefing schedule previously agreed to shall be replaced by the following briefing schedule:

Government's Response shall be filed no later than August 17, 2012

Defendants' Reply brief shall be filed no later than August 31, 2012

The Court, further orders that the previously-set Jury Trial date of September 24, 2012, shall be vacated, with a new date to be set by the parties at the time of the hearing on the Defendant's motions.

It is so ordered.   Dated: _____

_____
Hon. D. LOWELL JENSEN
UNITED STATES DISTRICT JUDGE