J. TONY SERRA, SBN 32639
EAN VIZZI, SBN 209444
506 Broadway
San Francisco, CA 94133
Tel. 415-986-5591
Fax 415-421-1331

Attorneys for Defendant
BRIAN EVERETT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: CR 07-0683-DLJ |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING MOTION HEARING DATE** |
| vs. | |
| WINSLOW NORTON, et. al., | |
| Defendants. | |

IT IS HEREBY STIPULATED between the United States of America, through its attorneys of record, Thomas O'Connell, and David Callaway, Assistant U.S. Attorneys; and, the defendants, through their attorneys, J. Tony Serra and Ean Vizzi for Defendant Brian Everett, Doron Weinberg for Defendant Winslow Norton, Stuart Hanlon for Defendant Abraham Norton, and William Osterhoudt for Defendant Michael Norton, that the Hearing on Defendant's Motions set for April 4, 2013 be continued to June 6, 2013 at 10:00 a.m.  The briefing schedule previously agreed to shall be replaced by the following briefing schedule:

Government's Response shall be filed no later than May 9, 2013

Defendants' Reply brief shall be filed no later than May 23, 2013

1  The parties report that they are currently undertaking renewed settlement negotiations in
2  this matter and require additional time to pursue those ends prior to the litigation of the pending
3  motions.
4  The parties have previously agreed to a Speedy Trial Act exclusion through April 4, 2013.
5  The parties request and agree that exclusion of additional time under the Speedy Trial Act is
6  appropriate in order to allow adequate preparation of counsel to work towards negotiation and
7  settlement of this matter, to prepare for trial in the event settlement discussions fail to bear fruit,
8  and to ensure continuity of defende counsel. The parties therefore stipulate and agree that the
9  time from the date of this stipulation, through and including June 6, 2013, shall be excluded from
10 computation of time within which the trial of this case must be commenced under the Speedy
11 Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).
12 It is so stipulated.

13 Dated: January 31, 2013                    MELINDA HAAG
                                              UNITED STATES ATTORNEY
14

15                                                 /s/   Thomas O'Connell                .
                                              By: THOMAS O'CONNELL
16                                            Assistant U.S. Attorney
                                              *signed with permission
17

18 Dated: January 31, 2013                         /s/   Doron Weinberg                  .
                                              DORON WEINBERG
19                                            Attorney for Defendant
                                              WINSLOW NORTON
20                                            *signed with permission

21 Dated: January 31, 2013                         /s/   Stuart Hanlon                   .
                                              STUART HANLON
22                                            Attorney for Defendant
                                              ABRAHAM NORTON
23                                            *signed with permission

24

25

26                          Page 2 of 3
          STIPULATION AND ORDER CONTINUING MOTION HEARING DATE

Dated: January 31, 2013              /s/   William Osterhoudt            .
                                    WILLIAM OSTERHOUDT
                                    Attorney for Defendant
                                    MICHAEL NORTON
                                    *signed with permission

Dated: January 31, 2013              /s/   Ean Vizzi                     .
                                    EAN VIZZI
                                    J. TONY SERRA
                                    Attorneys for Defendant
                                    BRIAN EVERETT

## ORDER []

Based on the stipulation of the parties, and good cause appearing therefore, IT IS HEREBY ORDERED that the motions hearing date previously scheduled for April 4, 2013, is continued to June 6, 2013 at 10:00 a.m. The briefing schedule previously agreed to shall be replaced by the following schedule:

Government's Response shall be filed no later than May 9, 2013

Defendant's Reply brief shall be filed no later than May 23, 2013

IT IS HEREBY FURTHER ORDERED that time under the Speedy Trial Clock is excluded from the date of this Order through and including the hearing date of June 6, 2013, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv). The basis for the time exclusion is set forth in the stipulation of the parties, which the Court hereby adopts. The Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, as well as denying the defendants continuity of counsel. The Court finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the parties in an earlier trial.

Dated: _____

_____
THE HONORABLE. D. LOWELL JENSEN
UNITED STATES DISTRICT JUDGE