**J. TONY SERRA, SBN 32639**
**EAN VIZZI, SBN 209444**
506 Broadway
San Francisco, CA 94133
Tel. 415-986-5591
Fax 415-421-1331

Attorneys for Defendant
BRIAN EVERETT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO.: CR 07-0683-DLJ |
| | ) |
| | ) **STIPULATION AND ORDER** |
| Plaintiff, | ) **CONTINUING SENTENCING DATE** |
| | ) |
| vs. | ) |
| | ) |
| WINSLOW NORTON, et. al., | ) |
| | ) |
| Defendants. | ) |

   IT IS HEREBY STIPULATED between the United States of America, through its attorneys of record, Thomas O'Connell, and David Callaway, Assistant U.S. Attorneys; and, the defendants, through their attorneys, J. Tony Serra and Ean Vizzi for Defendant Brian Everett, Doron Weinberg for Defendant Winslow Norton, Stuart Hanlon for Defendant Abraham Norton, and William Osterhoudt for Defendant Michael Norton, that the SENTENCING HEARING currently scheduled for all defendants be continued to October 10, 2013 at 10:00 a.m.

   The parties have all met with the Probation Department for their Presentence reports and some of the drafts have been produced thus far. Probation reports it needs an additional amount of time to complete the remaining reports. Additionally, the schedules of various defense

counsels will make it impossible for timely responses to the draft PSRs to be completed.   For these reasons, all parties, including the Probation Department join in this motion to continue the Defendants' Sentencing Hearing herein.

The parties have previously agreed to a Speedy Trial Act exclusion through August 8, 2013.  The parties request and agree that exclusion of additional time under the Speedy Trial Act is appropriate in order to allow adequate preparation of counsel and to ensure continuity of defense counsel. The parties therefore stipulate and agree that the time from the date of this stipulation, through and including October 10, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

It is so stipulated.

Dated: July 10, 2013            MELINDA HAAG
                                UNITED STATES ATTORNEY

                                     /s/   Thomas O'Connell            .
                                By: THOMAS O'CONNELL
                                Assistant U.S. Attorney
                                *signed with permission

Dated: July 10 , 2013                /s/   Doron Weinberg             .
                                DORON WEINBERG
                                Attorney for Defendant
                                WINSLOW NORTON
                                *signed with permission

Dated: July 10, 2013                 /s/   Stuart Hanlon              .
                                STUART HANLON
                                Attorney for Defendant
                                ABRAHAM NORTON
                                *signed with permission

Dated: July 10, 2013                    /s/   William Osterhoudt            .
                                        WILLIAM OSTERHOUDT
                                        Attorney for Defendant
                                        MICHAEL NORTON
                                        *signed with permission

Dated: July 10, 2013                    /s/   Ean Vizzi                     .
                                        EAN VIZZI
                                        J. TONY SERRA
                                        Attorneys for Defendant
                                        BRIAN EVERETT

<u>ORDER</u> ]

Based on the stipulation of the parties, and good cause appearing therefore, IT IS HEREBY ORDERED that the Sentencing Hearing date previously scheduled for August 8, 2013, is continued to October 10, 2013 at 10:00 a.m.

IT IS HEREBY FURTHER ORDERED that time under the Speedy Trial Clock is excluded from the date of this Order through and including the hearing date of October 10, 2013, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv). The basis for the time exclusion is set forth in the stipulation of the parties, which the Court hereby adopts. The Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, as well as denying the defendants continuity of counsel. The Court finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the parties in an earlier trial.

Dated: _____

_____
THE HONORABLE. D. LOWELL JENSEN
UNITED STATES DISTRICT JUDGE